MATTHEW B. REISIG
(NY Bar No. 4898094)
Email: reisigm@sec.gov
100 F Street, N.E.
Washington, DC 20549
Telephone: (202) 551-6429
Facsimile: (202) 772-9282

DANIEL O. BLAU
(Cal Bar. No. 305008)
Email: blaud@sec.gov
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3306
Facsimile: (213) 443-1904

Attorneys for Plaintiff
Securities and Exchange Commission

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>PLAINTIFF,<br><br>v.<br><br>COINW6,<br><br>d/b/a CoinW6.com, 6hsh.com, dmd567.com, bybit.cc, and cglobalw.com,<br><br>DEFENDANT. | Case No. 2:24-cv-07924-ODW-AS<br><br>**PLAINTIFF'S STATUS REPORT REGARDING EFFORTS TO EFFECT SERVICE ON COINW6** |

Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this status report regarding its efforts to effect service on the Defendant, CoinW6. On June 10, 2025, the Court ordered that the SEC within 90 days (September 8, 2025)

1

either (1) serve the Complaint and Summons on the Defendant, (2) file a motion for service by alternate means, or (3) file a status report regarding its continued efforts and show good cause for allowing additional time for service.

On August 14, 2025, the SEC filed a Motion for Leave to Engage in Limited Discovery Prior to Rule 26(f) Conference, which the Court granted on August 29, 2025. Two business days later on September 3, 2025, the SEC served a Rule 45 Subpoena on Google LLC ("Google"). On September 6, 2025, Google confirmed receipt of this subpoena, and on September 8, 2025, the SEC confirmed that it has no issue with Google notifying the users. The 21-day period for notice provided for in the Court's August 29, 2025 Order should commence today and end on or about September 29, 2025. Thereafter, Google should produce the subpoenaed records to the SEC staff, though it has not informed us of the date for production or the volume of responsive records.

Accordingly, the SEC will need additional time beyond today, September 8, 2025, to receive the records from Google to determine whether service to the Email Accounts would be reasonably certain to provide CoinW6 notice of this action. The SEC believes it has shown good cause for allowing additional time for service in its August Motion.

Upon receiving the records from Google, the SEC will promptly provide a status report or file a motion for service by email to the accounts.

Dated: September 8, 2025

*Matthew B. Reisig*

Matthew B. Reisig
Attorney for Plaintiff
Securities and Exchange Commission

2